UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHURIZ HISHMEH, M.D., PLLC
a/a/o B.P. WHITE,

              Plaintiff,                            **JUDGMENT**
                                                                     19-CV-4727 (RRM) (PK)

   - against -

HORIZON BLUE CROSS BLUE SHIELD
OF NEW JERSEY,

              Defendant.
-------------------------------------------------------------------X

An Order of the undersigned having been filed this day dismissing this action and directing the Clerk of Court to enter judgment and close this case, it is hereby:

ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing of defendant, that all claims brought by plaintiff as against defendant are dismissed, and that this case is hereby closed.

                                              SO ORDERED.

Dated: Brooklyn, New York                       *Roslynn R. Mauskopf*
        September 28, 2020

                                                   _____
                                                   ROSLYNN R. MAUSKOPF
                                                   Chief United States District Judge